FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTIANSEN L. KEEFE<br><br>    Plaintiff,<br><br>    v.<br><br>RICHLAND POLICE DEPARTMENT,<br><br>    Defendant. | No. 4:19-CV-05231-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On November 4, 2019, Magistrate Judge John T. Rodgers issued a Report and Recommendation dismissing Plaintiff's Complaint for failure to pay the full filing fee or submit a properly completed Application to Proceed *In Forma Pauperis*. ECF No. 9. Magistrate Judge Rodgers had previously denied Plaintiff's Application to Proceed *In Forma Pauperis*, and directed Plaintiff to either pay the full filing fee or submit a properly completed IFP application within thirty days. ECF No. 4. When Plaintiff failed to do so, Magistrate Judge Rodgers issued the instant Report and Recommendation. Plaintiff—who is proceeding *pro se*—timely objected to the Report and Recommendation and requested that the Court dismiss his complaint without prejudice so that he can refile his case when he can financially afford to pay the filing fees. ECF No. 10.

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). Under 28 U.S.C. § 636(b)(1) parties may file objections to the magistrate's findings and conclusions within 14 days of the entry of the Report. *United States v. Reyna-Tapia*, 328 F.3d

**ORDER ADOPTING REPORT AND RECOMMENDATION \* 1**

1114, 1121 (9th Cir. 2003). If objections are timely made, a district judge will make a *de novo* determination of those portions objected to and may accept, reject, or modify the magistrate judge's determination. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Here, Plaintiff objects to the Report and Recommendation, but does not give any specific objections. Indeed, Plaintiff only requests that the Court dismiss his complaint without prejudice; this is exactly what Magistrate Judge Rodgers' Report recommends. ECF No. 9 at 1. Because Plaintiff does not indicate to which portions of the Report he objects—and because the Report gives Plaintiff exactly what he seems to request in his objection—the Court hereby adopts Magistrate Judge Rodgers' Report in full.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Rodgers' Report and Recommendation, ECF No. 9, in its entirety.

2. The case is **DISMISSED without prejudice**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter judgment in Defendant's favor, and **close** this file.

**DATED** this 11th day of December 2019.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION \* 2**